# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Cristian Eduardo MERCADO** DOB: 1994; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 24-04246MJ |
| Complaint for violation of Title 18, United States Code, § 554(a) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 1, 2024, in the District of Arizona, **Cristian Eduardo MERCADO** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a black Taurus G2C 9mm pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 1, 2024, **Cristian Eduardo MERCADO** attempted to exit the United States and enter the Republic of Mexico through the out-bound vehicle lane at the DeConcini Port of Entry (POE) in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they observed two males exiting a vehicle and then separating. One of the males, later identified as **Cristian Eduardo MERCADO** approached the outbound inspection area. CBPOs stopped **MERCADO** and received a negative oral binding declaration to having currency over $10,000, weapons, or ammunition to declare. During an officer safety check for weapons, one of the CBPOs felt what he believed to be a magazine for a firearm. When asked what it was, **MERCADO** replied, "I forgot I have my gun on me." CBPOs had **MERCADO** put his hands on his face and turn around. As he turned around, CBPOs observed a black Taurus G2C 9mm pistol in **MERCADO's** back waist band. CBPOs removed the pistol and rendered it safe.

In a post-*Miranda* interview **MERCADO** stated that he paid $200 U.S. Dollars to get a firearm from a person he knew as "Rudy" in Tucson, AZ, and admitted he was going to take the firearm and one magazine to Mexico and give it to his uncle who had asked him to purchase the firearm. **MERCADO** acknowledged that he knew he was not supposed to take firearms to Mexico and confirmed that he was not licensed to export firearms from the United States.

The firearm found on **MERCADO** qualifies as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY AUSA R. Arellano  RAQUEL ARELLANO Digitally signed by RAQUEL ARELLANO Date: 2024.02.05 09:07:44 -07'00' | SIGNATURE OF COMPLAINANT JORDAN A APALATEGUI  Digitally signed by JORDAN A APALATEGUI Date: 2024.02.05 10:39:45 -07'00' |
|---|---|
| | OFFICIAL TITLE HSI SA Jordan Apalategui |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Maria S. Aguilera* | DATE February 5, 2024 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54